# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| David Stec and Irma Stec, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Construction Service, Inc., ) | |
| ) | Case No.: 4:14-cv-010 |
| Defendants. ) | |

On May 12, 2014, attorney Christopher Thompson filed a "Notice of Consent to Substitution of Counsel." Accordingly, attorney Christopher Thompson and McGee, Hankla, Backes & Dobrovolny, P.C. are hereby substituted for Steven A. Storslee and the Storslee Law Firm, P.C. as attorneys for Defendant Construction Service, Inc. in the above-captioned matter. Attorney Steven A. Storslee and the Storslee Law Firm, P.C. are **GRANTED** leave to withdraw as defense counsel.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court