**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| David Stec and Irma Stec, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Construction Service, Inc., | ) | Case No. 4:14-cv-010 |
| | ) | |
| Defendant. | ) | |

The jury trial set for May 4, 2015, shall be rescheduled for October 26, 20156, at 1:30 p.m. before Judge Hovland at the U.S. Courthouse in Bismarck, North Dakota (courtroom #1). A five (5) day trial is anticipated. The final pretrial conference shall be rescheduled for October 13, 2015, at 2:30 p.m. by telephone before the undersigned. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court